UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD CAMERON JONES,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. C06-320RSL

ORDER GRANTING MOTION FOR AN EXTENSION; DENYING REQUEST FOR EARLY DEPOSITION

This matter comes before the Court on a motion filed by defendant for an extension of time, until June 26, 2006, to file its answer to plaintiff's complaint. (Dkt. #7). The United States has not requested a prior extension and has shown good cause for an extension. Accordingly, the motion is GRANTED and the United States shall file its answer no later than June 26, 2006.

Plaintiff has requested to take the deposition of plaintiff's treating physician prior to providing his initial disclosures. Plaintiff's request is denied because he should be able to provide initial disclosures without the deposition, he can supplement his disclosures later if necessary, and because plaintiff has not shown good cause for deviating from the sequence of

ORDER GRANTING MOTION
FOR EXTENSION - 1

1  discovery set forth in Fed. R. Civ. P. 26(d).

2

3          DATED this 17th day of May, 2006.

4

5

6                                         /s/ Robert S. Lasnik
7                                         Robert S. Lasnik
                                          United States District Judge
8

ORDER GRANTING MOTION
FOR EXTENSION - 2