UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS M. EGEMO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____<br><br>DONALD CAMERON JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  C06-317RSL<br>Case No.  C06-320RSL<br><br>ORDER OF CONSOLIDATION |

    This matter comes before the Court on the parties' stipulation requesting consolidation of related cases (Dkt. #20).  The parties seek to consolidate <u>Egemo v. USA</u>, Case No. C06-317RSL with <u>Jones v. USA</u>, Case No. C06-320RSL.

    The Court finds that these cases are appropriate for consolidation under Federal Rule of Civil Procedure 42(a) because the actions involve common questions of law and fact, and the

ORDER OF CONSOLIDATION - 1

interests of judicial economy will be served by consolidation.  The Court therefore GRANTS the motion to consolidate and orders that the cases be consolidated pursuant to Fed. R. Civ. P. 42(a).

The cases shall be consolidated for all purposes, including trial.  The Clerk of the Court is directed to issue an Amended Minute Order Setting Trial and Related Dates that shall apply to the consolidated cases.  The amended order shall include a February 4, 2008 trial date.[1]  All pleadings hereafter filed in these causes shall be filed and docketed under Case No. CO6-317RSL.

DATED this 20th day of March, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] The parties requested a February 1, 2008 trial date.  The Court, however, schedules trials to begin on a Monday.

ORDER OF CONSOLIDATION - 2